IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LELAND BOOTHE, | § | |
| | § | |
| v. | § | C.A. NO. C-06-221 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |

## ORDER DENYING WITHOUT PREJUDICE PENDING MOTIONS

On January 5, 2007, petitioner was appointed counsel to assist him in this case. (D.E. 52).

Accordingly, the Court denies without prejudice the following pending motions:

(1)  Respondent's Motion to Dismiss (D.E. 17);

(2)  Petitioner's Motion for an Instanter [sic] Order Amenable to an Interlocutory Appeal (D.E. 22);

(3)  Petitioner's Motion for Default Judgment (D.E. 24); and

(4)  Petitioner's Ex Parte Injunction Under the All Writs Act (D.E. 33).

Signed this 7th day of February, 2007.

_____
Janis Graham Jack
United States District Judge